**Order entered March 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00965-CV**

**GALOVELHO, LLC, Appellant**

**V.**

**GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; COLLIN COUNTY, TEXAS, AND CITY OF FRISCO, TEXAS, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02595-2020**

**ORDER**

We **REINSTATE** this appeal as the findings of fact and conclusions of law for which we abated have been filed. Having suspended the deadline for appellant's brief pending the filing of the findings and conclusions, we **RESET** the deadline and **ORDER** the brief be filed no later than April 13, 2022.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE